1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TIMOTHY GUTHARY, | ) | CASE NO. CV10-09571-AHM (VBKx) |
| Plaintiff(s), | ) | ORDER DISMISSING CIVIL ACTION |
| | ) | BY VIRTUE OF SETTLEMENT |
| v. | ) | |
| CHRIS BLACKERBY, et al., | ) | |
| Defendant(s). | ) | |
| | ) | |

The Court having been advised by Attorney Settlement Officer, John R. Sommer that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: September 9, 2011

_____
A. Howard Matz
United States District Court Judge

**JS-6**